UNITED STATES of America, Plaintiff–Appellee,

v.

Herman Mandell BROWN, Defendant–Appellant.

No. 14–6262.

United States Court of Appeals, Fourth Circuit.

Submitted: April 24, 2014.

Decided: April 29, 2014.

Herman Mandell Brown, Appellant Pro Se. Seth Morgan Wood, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Herman Mandell Brown seeks to appeal the district court's order granting Brown's counsel's motion to withdraw from representation in Brown's pending 28 U.S.C. § 2255 (2012) proceeding. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Brown seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*